JP Oil Group, Inc. v Lakhani (2024 NY Slip Op 00722)

JP Oil Group, Inc. v Lakhani

2024 NY Slip Op 00722

Decided on February 9, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 9, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND DELCONTE, JJ.

1047 CA 23-00954

[*1]JP OIL GROUP, INC., PLAINTIFF-RESPONDENT,
v
SADRUDDIN M. LAKHANI AND AMIR PERANI, DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

ATHARI & ASSOCIATES, LLC, NEW HARTFORD (MO ATHARI OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
SPECTOR GADON ROSEN VINCI P.C., NEW YORK CITY (DAVID B. PICKER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from a decision of the Supreme Court, Oneida County (James P. McClusky, J.), entered April 4, 2023. The decision, among other things, granted plaintiff's motion for summary judgment as to defendants' liability. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Kuhn v Kuhn , 129 AD2d 967, 967 [4th Dept 1987]).
Entered: February 9, 2024
Ann Dillon Flynn
Clerk of the Court